UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL MATTHEW JARMAN,

Plaintiff,

v.

VII PEAKS CAPITAL LLC,

Defendant.

Case No. 15-cv-01391-DMR

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Re: Dkt. No. 1

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Maxine M. Chesney for consideration of whether the case is related to *VII Peaks Capital, LLC v. Jarman*, Case No. 14-cv-4426-MMC.

**IT IS SO ORDERED.**

Dated: April 10, 2015

DONNA M. RYU
United States Magistrate Judge