IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VII PEAKS CAPITAL LLC,<br><br>    Plaintiff,<br>  v.<br><br>MICHAEL MATTHEW JARMAN,<br><br>    Defendant.<br>_____/ | No. C-14-4426 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DIRECTIONS TO PLAINTIFF** |

     Before the Court is plaintiff's Case Management Conference Statement, filed July 31, 2015, in which plaintiff states it expects to file a motion for default judgment prior to August 7, 2015, and seeks a continuance of the Case Management Conference, presently scheduled for that date.

     Good cause appearing, plaintiff's request for a continuance is hereby GRANTED, and the Case Management Conference is hereby CONTINUED to October 9, 2015, at 10:30 a.m. A Case Management Statement shall be filed no later than October 2, 2015.

     Further, plaintiff is hereby DIRECTED to file, no later than August 7, 2015, a motion for default judgment or a statement indicating why it should not be required to do so.

     **IT IS SO ORDERED.**

Dated: August 3, 2015

                                               MAXINE M. CHESNEY
                                               United States District Judge