IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VII PEAKS CAPITAL LLC, | No. C-14-4426 MMC |
| Plaintiff, | **ORDER DENYING DEFERRED PORTION OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT; DIRECTIONS TO CLERK** |
| v. | |
| MICHAEL MATTHEW JARMAN, | |
| Defendant. | |

By order filed September 15, 2015, the Court granted in part plaintiff VII Peaks Capital LLC's Motion for Entry of Default Judgment; specifically, the Court granted the motion to the extent plaintiff sought damages in the amount of $23,000 incurred as a result of misleading statements made by defendant to plaintiff.  By said order, the Court also deferred ruling on the motion to the extent plaintiff sought monetary relief as a remedy for false statements defendant made about plaintiff on a website; specifically, the Court found plaintiff had failed to show it incurred any damages as a result of the challenged conduct and afforded plaintiff leave to supplement its motion no later than October 9, 2015.

Plaintiff has not supplemented its motion, and, accordingly, the deferred portion of plaintiff's motion for default judgment is hereby DENIED.

//

The Clerk of Court is hereby DIRECTED to enter judgment in favor of plaintiff and against defendant in the total amount of $23,000.

**IT IS SO ORDERED.**

Dated:  October 14, 2015

MAXINE M. CHESNEY
United States District Judge